IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DETRON SMITH, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 1:22-CV-928-RP |
| § | |
| NFL PLAYER DISABILITY & § | |
| NEUROCOGNITIVE BENEFIT PLAN, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

On this date, the Court entered an order granting Defendant's motion for summary judgment. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff Detron Smith's claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendant and against Plaintiff.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on March 13, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE